UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                   :

ANDRE COFIELD,
                                             :

                                Plaintiff,   :

                                             :        20 Civ. 8688 (LGS)

              -against-            :

                                             :          ORDER

UNITED STATES OF AMERICA,
                                           :

                                   Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a motion to vacate, set aside, or correct sentence pursuant to

28 U.S.C. 2255 (Dkt. No. 1);

      WHEREAS, Plaintiff filed a direct appeal on October 26, 2019, which is pending in the

Second Circuit.  *See United States v. Davis* (*Cofield*), No. 19-3776 (2d Cir.); it is hereby

      **ORDERED** that, Petitioner's § 2255 motion is DENIED without prejudice to refile after

a decision is issued by the Second Circuit in Petitioner's pending case.

Dated: October 22, 2020
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**